## CRIMINAL CASE INFORMATION SHEET

Pittsburgh ✓     Erie ____     Johnstown ____

Related to No. _____     Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  ✓   Narcotics and Other Controlled Substances
1a. ___  Narcotics and Other Controlled Substances (3 or more Defendants)
2.  ___  Fraud and Property Offenses
2a. ___  Fraud and Property Offenses (3 or more Defendants)
3.  ___  Crimes of Violence
4.  ___  Sex Offenses
5.  ___  Firearms and Explosives
6.  ___  Immigration
7.  ___  All Others

Defendant's name: LEROY IRVIN

Is indictment waived:           ___ Yes     ✓ No

Pretrial Diversion:             ___ Yes     ✓ No

Juvenile proceeding:            ___ Yes     ✓ No

Defendant is:                   ✓ Male      ___ Female

Superseding indictment or information    ___ Yes     ✓ No

Previous case number: _____

If superseding, previous case was/will be:

___ Dismissed on defendant's motion
___ Dismissed on governments' motion
___ After appellate action
___ Other (explain)

County in which first offense cited occurred:     Allegheny County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ____ is in custody | ✓ is not in custody |
| Name of Institution: | | |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | LEROY IRVIN | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and 841(b)(1)(B)(vi) | Possession with intent to distribute 100 grams or more of fluorofentanyl, an analogue of fentanyl, and fentanyl | ✓ |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: August 17, 2021

/s/ Jerome A. Moschetta
JEROME A. MOSCHETTA
Assistant U.S. Attorney
PA ID No. 203965