# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

**LEROY IRVIN**

**WARRANT FOR ARREST**

FID 11320542

Case Number: **2:21−CR−00347−CCW**
***SEALED***

RECEIVED
By JD USMS W-PA at 10:21 am, Aug 18, 2021

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LEROY IRVIN,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of Court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**POSSESSION WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF FLUOROFENTANYL, AN ANALOGUE OF FENTANYL, AND FENTANYL**

in violation of United States Title:Section(s)

**21 U.S.C. 841(a)(1), 841(b)(1)(A)(vi), AND 841(b)(1)(B)(vi)**

| Iana Hester | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Iana Hester* | 08/18/2021        IanaHester |
| Signature of Issuing Officer | Date and Location |

Bond to be set by U.S. Magistrate Judge.

## RETURN

This warrant was received and executed with the arrest of the above−named defendant

| 8/18/21 | Special Agent Karen Springmeyer |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 8/18/21 | *[signature]* |
| Date of Arrest | Signature of Arresting Officer |